## RUSSELL LAW GROUP
*ATTORNEYS AT LAW*

9595 Wilshire Boulevard
Suite 900
Beverly Hills, California 90212
Telephone (310) 300-8444   Facsimile (888) 3613584


September 16, 2009


Mr. Joseph J. Fell, Esq.
Joseph J. Fell & Associates, LLC
19A Claremont Road
Bernardsville, NJ 07924

*Via facsimile and U.S.P.S.*

**RE: ARPAIO vs. FRANCIS, ET AL. CASE NO. 3:08-cv-3548(JAP-JJH)**

Dear Mr. Fell:

It was a pleasure speaking with you today over the telephone regarding the above referenced case. This shall confirm our conversation wherein I informed you that my office represents the following Defendants in this matter: 1) Joseph Francis, 2) MRA Holding, LLC and Mantra Films, Inc. During this conversation you informed me that you have taken the default of Defendant Ashley Dupre and Defendant MRA Holdings.

It was agreed that my office shall have a two (2) week extension of time in which to file a response to said Complaint. Therefore, a response shall be due on or before September 30, 2009. It was also agreed that you shall prepare a Stipulation whereby both parties agree to immediately set aside the present default taken against MRA Holdings. Said Stipulation is to be filed with the court for the Judge's signature. Please prepare and execute said Stipulation and either email it or fax it to my office at 888.361.3584. I will countersign on behalf of MRA Holdings and immediately forward it to you.

Moreover, during said conversation, you inquired as to whether or not my clients would be willing to discuss a settlement offer at this juncture. I stated that I would relay this to my clients and advise you of their decision as soon as possible.

Your professional cooperation is truly appreciated and will be reciprocated in the future. I look forward to working with you as we proceed to litigate or settle this case.

Sincerely,

Dennis Russell, Esq.