UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMBER ARPAIO,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ASHLEY ALEXANDRA DUPRE, et al.<br><br>　　　　　Defendant. | Civil Action No.:   08-cv-3548 (PGS)<br><br>ORDER |

  A Report and Recommendation was filed on September 9, 2015 by Magistrate Judge Lois H. Goodman recommending that this Court deny the motion for a protective order filed by Defendant Joseph Francis (ECF No. 111) and also recommending that this Court grant Plaintiff's cross-motion for sanctions (ECF No. 12); the parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Local Civil Rule 72.1(c)(2). In response, Plaintiff filed a brief in support of the Report and Recommendation which requests additional sanction holding Defendant Joseph Francis in civil contempt and further briefing the issue of attorney's fees (ECF No. 116) as well as a second brief in support of the Report and Recommendation which seeks sanctions for Defendant's failure to file an objection to the Report and Recommendation (ECF No. 117); and no objection having been received by Defendant in this matter;

  It is, on this 10th day of December, 2015;

  ORDERED that the Report and Recommendation of Magistrate Judge Lois Goodman at docket entry No. 115 is hereby adopted as the opinion of the Court; and it is further

  ORDERED that Defendant's motion for a protective order (ECF No. 111) is denied; and it is further

ORDERED that Plaintiff's cross-motion for sanctions, including a factual finding that personal jurisdiction is established and requiring Francis to pay the attorneys' fees and reasonable expenses associated with the March 23, 2015 Deposition and the Motion is granted.   Plaintiff shall submit a brief addressing only the attorney's fee issue within fourteen (14) days, and Defendant shall have seven (7) days thereafter to respond to same.

_____
PETER G. SHERIDAN, U.S.D.J.